# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Charles D. Willingham, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00086-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Noele Tackett | ) | |
| Caroline Logan, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2015 Order.

May 5, 2015

_____
Frank G. Johns, Clerk
United States District Court